IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>               **Plaintiff,**<br><br>      vs.<br><br>**MARTHA MOLINA, and**<br>**OSMAN MEZA-ROMERO,**<br><br>               **Defendants.** | **8:14CR81**<br><br><br>**ORDER** |

This matter comes on before the Court upon the United States' Motion to Dismiss Forfeiture Allegation (Filing No. 31). The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be sustained. Accordingly,

IT IS ORDERED:

1. The United States' Motion to Dismiss Forfeiture Allegation (Filing No. 31) is granted.

2. The Forfeiture Allegation of the Indictment is hereby dismissed.

BY THE COURT:

s/Laurie Smith Camp
Chief Judge, United States District Court